### STATE v. LEON TUCKER.

(Filed 23 November, 1955.)

APPEAL by defendant from *Armstrong, J.,* and a jury, at September Term, 1955, of RANDOLPH.

Criminal prosecution tried on appeal from County Recorder's Court upon a warrant charging the defendant with the unlawful sale of tax-paid whiskey.

From a verdict of guilty and judgment imposing penal servitude, the defendant appeals.

*Attorney-General Rodman and Assistant Attorney-General McGalliard for the State.*
*Ottway Burton for the defendant, appellant.*

PER CURIAM. This case involves no new question or feature requiring extended discussion. We have examined the record and find no substantial merit in any of the exceptions brought forward. Neither

reversible nor prejudicial error has been made to appear. The verdict and judgment will be upheld.

No error.

HIGGINS, J., took no part in the consideration or decision of this case.